**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**William T. FISCHER, Defendant—
Appellant.**

**No. 03–30411.**

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 8, 2005.*

Decided Nov. 28, 2005.

Paulette L. Stewart, Esq., Office of the U.S. Attorney, Helena, MT, for Plaintiff–Appellee.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

David A. Duke, Law Office of David A. Duke, Billings, MT, for Defendant–Appellant.

Before: WALLACE, LEAVY, and BERZON, Circuit Judges.

MEMORANDUM **

William T. Fischer appeals the sentence imposed after his guilty plea conviction to possession of a firearm by an unlawful user and addict of controlled substance, in violation of 18 U.S.C. § 922(g)(3). We have jurisdiction pursuant to 28 U.S.C. § 1291.

We remand the sentence for further proceedings consistent with *United States v. Ameline,* 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc). If appellant does not want to pursue resentencing, appellant should promptly notify the district court judge on remand. *See id.* at 1084, 409 F.3d 1073.

REMANDED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.